# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC JUAN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-493-R |
| | ) |
| JENNIFER HINSPERGER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the July 13, 2020 Report and Recommendation issued by Magistrate Judge Amanda Maxfield Green, wherein she recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A, because Plaintiff seeks monetary damages from a Defendant who is immune from suit. (Doc. No. 17).  The record reflects that Plaintiff has neither objected to the Report and Recommendation within the time limits contained therein nor sought an extension of time in which to object.  Accordingly, the Court hereby adopts the Report and Recommendation and DISMISSES this action.

**IT IS SO ORDERED** this 7th day of December 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE